UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
ASHLAND

Civil Action No. 04-53-HRW

**APPALACHIAN FUELS, LLC,**                          **PLAINTIFF,**

v.                        **JUDGMENT**

**LOGAN & KANAWHA COAL COMPANY,**        **DEFENDANT.**

In compliance with Federal Rule of Civil Procedure 58, and the Opinion filed this day filed herein, **IT IS HEREBY ORDERED** and **ADJUDGED** that the Plaintiff's Motion for Summary Judgment be and the same is hereby **SUSTAINED** and Plaintiffs' Complaint and Defendant's Counterclaims be and the same are hereby dismissed **WITH PREJUDICE.**

This is a **FINAL AND APPEALABLE ORDER**, and the above-styled action is stricken from the active docket of this Court.

This 22 day of November, 2005.

Henry R. Wilhoit, Jr., Senior Judge